IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 4:12CR00021-002 |
| | ) |
| WILLIAM R. WHYTE, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

We the jury, unanimously find the defendant, **WILLIAM R. WHYTE**:

1. As to Count 1 of the Indictment:
   Major fraud against the United States
   (10/17/2006 -- 11/8/2006)
   
   ✓ Guilty
   ___ Not Guilty

[*Note*: proceed to Question 2 *only* if you find the defendant, William R. Whyte, not guilty in Question 1. Otherwise, proceed to Question 3.]

2. As to the lesser-included offense in Count 1 of the Indictment:
   Fraud against the United States that does not involve a gross loss to the United States of $500,000 or greater, a gross gain to the defendant of $500,000 or more; or that the offense involved a conscious or reckless risk of serious personal injury
   (10/17/2006 -- 11/8/2006)
   
   ___ Guilty
   ___ Not Guilty

3. As to Count 2 of the Indictment:
   Major fraud against the United States
   (11/1/2006 -- 12/6/2006)
   
   ✓ Guilty
   ___ Not Guilty

[*Note*: proceed to Question 4 *only* if you find the defendant, William R. Whyte, not guilty in Question 3. Otherwise, proceed to Question 5.]

4. **As to the lesser-included offense in Count 2 of the Indictment:**
   **Fraud against the United States that does not involve a gross loss to the United States of $500,000 or greater, a gross gain to the defendant of $500,000 or more; or that the offense involved a conscious or reckless risk of serious personal injury**
   **(11/1/2006 -- 12/6/2006)**
   \_\_\_\_\_ Guilty
   \_\_\_\_\_ Not Guilty

5. **As to Count 3 of the Indictment:**
   **Major fraud against the United States**
   **(2/9/2007 -- 6/22/2007)**
   ✓ Guilty
   \_\_\_\_\_ Not Guilty

[*Note*: proceed to Question 6 *only* if you find the defendant, William R. Whyte, not guilty in Question 5. Otherwise, proceed to Question 7.]

6. **As to the lesser-included offense in Count 3 of the Indictment:**
   **Fraud against the United States that does not involve a gross loss to the United States of $500,000 or greater, a gross gain to the defendant of $500,000 or more; or that the offense involved a conscious or reckless risk of serious personal injury**
   **(2/9/2007 -- 6/22/2007)**
   \_\_\_\_\_ Guilty
   \_\_\_\_\_ Not Guilty

7. **As to Count 6 of the Indictment:**
   **Wire fraud**
   **(3/25/07)**
   ✓ Guilty
   \_\_\_\_\_ Not Guilty

8. **As to Count 7 of the Indictment:**
   **Wire fraud**
   **(2/9/2007 -- 6/22/2007)**
   ✓ Guilty
   \_\_\_\_\_ Not Guilty

9. As to Count 8 of the Indictment:
   Wire fraud
   (5/5/2007)

   ✓ Guilty
   ___ Not Guilty

10. As to Count 10 of the Indictment:
    False claims
    (10/17/2006 -- 11/8/2006)

    ✓ Guilty
    ___ Not Guilty

11. As to Count 11 of the Indictment:
    False claims
    (11/1/2006 -- 12/6/2006)

    ✓ Guilty
    ___ Not Guilty

12. As to Count 12 of the Indictment:
    False claims
    (2/9/2007 -- 6/22/2007)

    ✓ Guilty
    ___ Not Guilty

So say we all, this __9__ day of October, 2017.

_____
FOREPERSON

_____
PRINTED NAME OF FOREPERSON
Deborah L. Belcher