CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 12 2017
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:12-cr-00021-2 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| WILLIAM R. WHYTE, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Upon consideration of Defendant William R. Whyte's Motion to Transfer to a Federal Medical Facility [ECF No. 188], the Motion is hereby **DENIED**.

Upon consideration of Defendant William R. Whyte's Motion to Strike the Government's Response to Defendant's Motion to Set Aside Verdict [ECF No. 201], the Motion is hereby **DENIED**.

The clerk is directed to forward a copy of this Order to all counsel of record.

Entered this 12th day of December, 2017.

                                        s/Jackson L. Kiser
                                        SENIOR UNITED STATES DISTRICT JUDGE